IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | CV 12-00452 JMS BMK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID C. HINTERREITER and D D R LLC, d/b/a BEACHES AT MAILI, | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 08, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

///

///

///

///

///

///

///

Recommendations to Grant Plaintiff's Motion for Default Judgment" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 30, 2013.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge